## Case No. 4,669.

FARMERS' LOAN & TRUST CO. v. ST. JO-
SEPH & D. C. RY. CO. et al.

[3 Dill. 412.][1]

Circuit Court, D. Kansas. 1875.

Ashbell Green and John Doniphan, for plaintiffs.

Nathan Price and W. D. B. Motter, for judgment creditors.

Before MILLER, Circuit Justice, and DIL-LON, Circuit Judge.

MILLER, Circuit Justice. After having taken time to consider the question involved in this case, my judgment is that it was not necessary, as to the rolling stock, to record the instrument as a chattel mortgage. As to this it is sufficient even as to creditors, that the mortgage was duly registered as a mortgage of real estate. In my opinion rolling stock and other property strictly and properly appurtenant to the road, is part of the road and covered by the mortgage in question, which in terms embraces rolling stock. The cases are conflicting upon the point as to the nature of rolling stock, but considering the peculiar character of a railroad, the true principle is the one above stated. Under the provisions of this mortgage a different principle would apply to fuel or other property personal in its nature and which is used, or is such as is commonly used, for other than railway purposes. Such property would be subject to the levy and not be held by the mortgage. Judgment accordingly.

[1] [Reported by Hon. John F. Dillon, Circuit Judge, and here reprinted by permission.]